IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STARDRA FRANCINE PROTHRO WHITE  :

    Petitioner  :

    v  :  Civil Action No. AMD-05-920

STATE OF MARYLAND  :

    Respondent  :

...o0o...

## MEMORANDUM

Now pending in this habeas action is respondent's motion to dismiss. Paper No. 6. Petitioner was advised of her right to file a response to the dispositive motion and has filed same, along with exhibits. Paper No. 10. No hearing is necessary.

Petitioner claims that she was illegally committed to the custody of the Maryland Department of Health and Mental Hygiene for an emergency psychiatric evaluation. Papers No. 1 and 10. Her claim is based on the fact that she was committed under the name "Starda White" rather than her given name, "Stardra Francine Prothro White." Paper No. 10. As relief, she seeks release from custody and monetary damages.

Since the filing of the action, petitioner has been released from custody. Thus, the court need not consider the issue of exhaustion of state remedies because the habeas claim is now moot. Furthermore, the portion of petitioner's claim seeking monetary damages for her alleged illegal detention must also be dismissed. A state is not subject to a damages action in federal court. Accordingly, the claim for damages shall also be dismissed. An order follows.

\_\_June 17, 2005_____      \_\_\_/s/_____
Date                                           Andre M. Davis
                                                  United States District Judge